# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134493(45)(47)(49)
134500

SBC MICHIGAN,
        Plaintiff-Appellant,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
        Defendant-Appellee.

SC: 134493
COA: 264862
MPSC: 00-013079

_____

SBC MICHIGAN,
        Plaintiff-Appellee,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
        Defendant-Appellant.

SC: 134500
COA: 264862
MPSC: 00-013079

_____

On order of the Chief Justice, motions by the State Bar of Michigan Administrative Law Section, the Telecommunications Association of Michigan and the Mackinac Center for Public Policy for leave to file briefs *amicus curiae* are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2008

_____
Clerk